Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
In re:

                                        Case No: 21-11531

Sumak Kawsay LLC,                    Chapter 11

                                       **AFFIDAVIT OF PRINCIPAL**

        Debtor.
-----------------------------------------------------X
STATE OF NEW YORK)
                    ) ss.:
COUNTY OF KINGS  )

Victor H Salazar, being duly sworn, deposes and says:

1. I am the Principal/sole shareholder of Sumak Kawsay LLC, the Debtor herein, and as such, I am fully familiar with the facts and circumstances contained herein, the following is based on my personal knowledge.
2. There are no corporations which own 10% or more of any class of the Debtor's equity interest, hence there are no entities to report in this Affidavit.

                                                        _____
                                                        Victor H Salazar
                                                        President of Sumak Kawsay LLC

Sworn and subscribed before me
On this 30 day of August 2021

_____
Notary Public

Olga Luzgina
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393485
Qualified in King County
Commission Expires June 17, 2023