**In re** <u>Sumak Kawsay LLC</u>      **Case No.**      <u>21-11531</u>
     **Debtor**      **Reporting Period:** <u>07.31.2021-08.30.2021</u>

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS |
|---|---|
| **ACCOUNT NUMBER (LAST 4)** | **Amalgamted Bank 6085** |
| **CASH-BEGINNING-07.31.2021** | $ 45,645.09 |
| **RECEIPTS** | |
| Sales | $ 755.01 |
| Accounts Receivable - Prepetition | $ - |
| Accounts Receivable - Postpetition | $ - |
| Loans and advances | $ - |
| Other Income (See Attached) | $ - |
|    TOTAL RECEIPTS | $ 755.01 |
| **DISBURSEMENTS** | |
| Advertising and Promotion | $ - |
| Auto Parts | $ - |
| Bank Service Charges | $ 0.50 |
| Bookkeeping Services | $ - |
| Licenses and Permits | $ 106.75 |
| Gas | $ 1,885.15 |
| Insurance Expense | $ 965.50 |
| Janitorial Expense | $ - |
| Meals and Entertainment | $ 998.43 |
| Merchant Account Fees | $ 9.25 |
| Misc Expenses | $ - |
| Office Supplies | $ - |
| Payments to Secured Creditors | $ - |
| Payroll Processing Fees | $ - |
| Sales Tax | $ - |
| Shipping Expenses | $ - |
| Software Expenses | $ - |
| Storage | $ - |
| Tolls and parking | $ 7.00 |
| Telephone Expenses | $ - |
| Transfer out | $ - |
| Transportation | $ - |
| Travel Expenses | $ - |
| Utilities | $ - |
| Owner draw | $ 3,000.00 |
| Professional Fees-Reorganization | $ 15,000.00 |
| U.S. Quarterly Trustee Fees | $ - |
| Court Costs | $ 1,738.00 |
| **TOTAL DISBURSEMENTS** | $ 23,710.58 |
| | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $ (22,955.57) |
| | |
| **CASH – ENDING-08.30.2021** | $ 22,689.52 |

### DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:
### (FROM "CURRENT MONTH ACTUAL" COLUMN)

| **TOTAL DISBURSEMENTS** | $ 23,710.58 |
|---|---|

In re <u>Sumak Kawsay LLC</u>                     **Case No.**      21-11531

**Debtor**                              **Reporting Period:** 07.31.2021-08.30.2021

| | |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 23,710.58 |

| **OTHER INCOME** | **Amalgamted Bank 6085** |
|---|---|
| Dividend Income | $ - |
| Misc Income | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| **Total Other Income** | $ - |